# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Diana Villavicencio
121 So Erie St Lot 64
Three Rivers, MI

Plaintiff(s),

v

Chris Cannon + John Wallace
Village Court MHP LLC

Defendant(s).

(Address for All)
2885 Sanford Ave SW
#45508
Grandville MI 49418

Case No.  1:22-cv-198
Honorable Jane M. Beckering
U.S. District Judge

FILED - KZ
March 7, 2022 1:27 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg  Scanned by My 3/7/22

Hello, my name is Diana Villavicencio. I am filing discrimination charges against Chris Cannon and John Wallace (landlords.) and Sandy Cook of Keystone Place. On August 8, 2020 I saw a rent to own mobile home in the Three Rivers newspaper. The amount was $2000 down payment and $825 monthly with a pay off date in 4-5 years. At the time I was employed so there were no issues. In September 2020 I was involved in a car accident which led to me becoming unemployed. I notified Mr. Wallace of the incident and I asked him would he participate in a program through Keystone Place ( a housing program) located in Centreville, MI. Through this program I can have rental assistance for up to 18 months. Mr. Wallace and Mr. Cannon agreed to participating in the program. Keystone paid a few months of rent late and this became an issue with Mr. Wallace and Mr. Cannon. At this point the eviction process started. Mr. Wallace and Mr. Cannon began refusing payments from Keystone Place. Upon going to court,

Judge Middleton requested the declined rental payments were to come to me to find another place to live. Judge Middleton stayed since they don't wanted you there take the Keystone Place dispersed the check and move. The check when in my name and I am following the directions of Judge Middleton by relocating with the funds. Sandy Cook of Keystone Place has filed fraudulent charges against me due to the ruling of Judge Middleton. I have been humiliated and ridiculed due to the hearing put on YouTube. I have received harassing phone calls due to the language of Mr. Cannon and His Attoney. Chris Cannon Attoney stated we don't want her kind here we want her out. I am now having emotional and physical issues due to the slander of Sandy Cook stating I am committing fraud and filing charges against me. This situation has become stressful. I took the actions I took due to Judge Middleton stating I can take the refused rental payments and relocate.

*Diana Villavicencio*
03/07/22